SETH WAKEMAN et al., Respondents, *v.* GEORGE BRISBANE, Appellant.

(Argued October 3, 1871; decided January term, 1872.)

Decided upon the facts in the case.

*A. N. Weller* for the appellant.

*Seth Wakeman* for the respondents.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.